# United States District Court

## Eastern District of California

| UNITED STATES OF AMERICA<br>v.<br>**NOBLE EXPRESS, INC.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:05-CR-00436-SMS**<br><br>SUSAN M. BROWN, retained<br><sub>Defendant's Attorney</sub> |
|---|---|

**THE DEFENDANT:**

[✔]   pleaded guilty to count(s): ONE of the Information .
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 49 U.S.C. 521(b)(6)(A); 18 U.S.C. 2; and 49 C.F.R. 382.215, 382.501(b) and 382.507 | VIOLATION of U.S. DEPT. OF TRANSPORTATION'S PROMULGATED RULES & REGULATIONS GOVERNING COMMERCIAL TRUCKING COMPANIES' DUTIES TO TEST THEIR DRIVERS FOR CONTROLLED SUBSTANCES PRIOR TO DRIVING COMMERCIAL TRUCKS<br>(Class A Misdemeanor) | 06/29/2005 | ONE |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).
[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.
[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.           [✔]   Appeal rights waived.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

NOVEMBER 16, 2005
Date of Imposition of Judgment

/s/ Sandra M. Snyder
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

12/01/2005
Date

| | |
|---|---|
| CASE NUMBER: 1:05-CR-00436-SMS | Judgment - Page 2 of 5 |
| DEFENDANT: NOBLE EXPRESS, INC. | |

# PROBATION

The defendant is hereby sentenced to probation for a term of <u>12 MONTHS</u> .
Defendant is placed on 12 months unsupervised probation with terms and conditions.

The defendant shall not commit another federal, state, or local crime.

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall pay a criminal fine in the amount of FOUR THOUSAND DOLLARS ($4,000.00). This amount shall be paid by cashier's check and made payable to: "Clerk, United States District Court, Eastern District of California". Payment in full shall be made within Ten(10) days from sentencing.

2. The defendant shall pay a Special Assessment in the amount of ONE HUNDRED TWENTY FIVE DOLLARS ($125.00). This amount shall be paid by cashier's check and made payable to: "Clerk, United States District Court, Eastern District of California". Payment in full shall be made within Ten(10) days from sentencing.

3. During the period of unsupervised probation, the defendant shall not violate any federal, state or local law.

4. During the period of unsupervised probation, the defendant shall comply with all of the Federal Motor Carrier Safety Administration's ("FMCSA") regulations pertaining to it commercial motor carrier operations (commonly referred to as "trucking"). The parties agree that, in the Memorandum of Plea Agreement, the phrase "commercial motor carrier operations" (commonly referred to as "trucking") shall be construed to mean any commercial motor carrier operations, whether they be conducted by NOBLE EXPRESS, INC. directly, by a subsidiary, by any related company, or by any entity which NOBLE EXPRESS, INC. contracts or causes any other entity to contract with.

5. The defendant waives his/their right to appeal

6. Obey all laws (federal, state and local).

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties   Case 1:05-cr-00436-SMS   Document 6   Filed 12/01/05   Page 4 of 5

CASE NUMBER:      1:05-CR-00436-SMS                                                    Judgment - Page 4 of 5
DEFENDANT:        NOBLE EXPRESS, INC.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|          | Assessment | Fine       | Restitution |
|----------|------------|------------|-------------|
| Totals:  | $ 125.00   | $ 4,000.00 | $           |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  [ ] The interest requirement is waived for the     [ ] fine      [ ] restitution

  [ ] The interest requirement for the     [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments    Case 1:05-cr-00436-SMS   Document 6   Filed 12/01/05   Page 5 of 5

CASE NUMBER:     1:05-CR-00436-SMS                                                       Judgment - Page 5 of 5
DEFENDANT:       NOBLE EXPRESS, INC.

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

**A** [✔]   Lump sum payment of $ __4,125.00__ due immediately, balance due

  [ ]   not later than __ , or
  [ ]   in accordance with   [ ] C,   [ ] D,   [ ] E, or   [ ] F below; or

**B** [ ]   Payment to begin immediately (may be combined with   [ ] C,   [ ] D, or [ ] F below); or

**C** [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

**D** [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** [ ]   Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** [✔]   Special instructions regarding the payment of criminal monetary penalties: Defendant shall pay a Fine of $4,000.00 and a Special Assessment of $125.00 for a Total of $4,125.00. Fine and Assessment shall be paid ten (10) days from sentencing date. This amount shall be paid by cashier's check and made payable to: Clerk, United States District court, Eastern District of California.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.